[No. 39066-0-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
E. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06959-9, Marilyn R. Sellers, J., entered
July 1, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39131-3-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
GEORGE STREITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02641-7, Brian D. Gain, J., entered
August 5, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39191-7-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
FRANCIS FORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07418-5, Leroy McCullough, J., entered
July 31, 1996. *Remanded* by unpublished per curiam
opinion.

[No. 39250-6-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA
PIFER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03320-9, Marilyn R. Sellers, J., entered
July 8, 1996. *Affirmed* by unpublished per curiam opinion.